# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CT50 | E 2318930 | Garcia | 1829 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 01/21/2026  2224 | 18 USC 111 |

Place of Offense: VA Medical Center 950 Campbell Ave, west Haven, CT 06516

Offense Description: Factual Basis for Charge
Assaulting, resisting, or impeding certain officers or employees

HAZMAT ☐

### DEFENDANT INFORMATION    Phone: (███) 506-75-██

Last Name: Perales-Coburn    First Name: Steven    M.I.: D

Street Address: ████████████

████████████

---

☐ APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

☐ APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $50  Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: TBA
Time: TBA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refused to Sign

Original - CVB Copy

---

I state that on January 21, 20 26 while exercising my duties as a law enforcement officer in the State District of CT

was dispatched to the onrighieire emergency room for a disturbance. Upon Arrival, I observed Steven Perales-Coburn physically attacking medical staff. I was able to restrain him quickly, but he kept resisting Police and medical staff's directions. Investigation revealed that Perales-Coburn punched an federal employee in the chest. During the scuffle, he injured another federal employee's right shoulder and left hand. My body-worn camera was activated.

TR # 6892600422

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/22/2026    Officer's Signature: _____
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license   CMV = Commercial vehicle involved in incident